

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00905-CV

**ABSTRACT & TITLE RESOURCES, INC**,
Appellant

v.

Robert Y. **PETTIT**, Benjamim Franklin, and Rafael De La Fuente,
Appellees

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361473
Honorable Irene Rios, Judge Presiding

# O R D E R

The reporter's record was due January 23, 2014, but was not filed. On January 28, 2014, the court reporter filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b).

Accordingly, we **ORDER** appellant Abstract & Title Resources, Inc. to provide written proof to this court on or before **February 10, 2014** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See* TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.



Keith E. Hottle
Clerk of Court